UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. HERNANDEZ, | 1: 05 CV 00993 AWI WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| | (Doc. 9, 10) |
| JEANNE WOODFORD, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 9, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations

to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on January 9, 2008, are a adopted in full;
2. Respondent's motion to dismiss is GRANTED;
3. This petition for writ of habeas corpus is DISMISSED without prejudice for failure to exhaust state judicial remedies;
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 25, 2008                    /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE